**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**One Bowling Green**
**New York, NY 10004–1408**

IN RE: P.L. Chang MD P.C.  CASE NO.: 26–10651–sab
 dba   Noble Fertility Center

Social Security/Taxpayer ID/Employer ID/Other Nos.:  CHAPTER:  7
20–0305291

# ORDER OF FINAL DECREE

The estate of the above named debtor has been fully administered.

IT IS ORDERED THAT:

Kenneth Silverman is discharged as trustee of the estate and the chapter 7 case of the above named debtor(s) is closed.

Dated: August 5, 2026

Shireen A Barday, Bankruptcy Judge