# Notice Recipients

District/Off: 0208−1          User: admin          Date Created: 8/5/2026
Case: 26−10651−sab          Form ID: 149          Total: 4

**Recipients of Notice of Electronic Filing:**
ust          United States Trustee          USTPRegion02.NYECF@USDOJ.GOV
tr          Kenneth Silverman          longisland−filings@rimonlaw.com
aty          Kevin K. Tung          ktung@kktlawfirm.com

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          P.L. Chang MD P.C.          7 West 51st Street, 5th Floor          New York, NY 10019

TOTAL: 1